District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL NEWHOUSE,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES AIR FORCE,<br><br>               Defendant. | Case No. 3:25-cv-05827-TMC<br><br>[~~PROPOSED~~ ORDER] GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States has filed a Motion to Stay in Light of Lapse of Appropriations, in which the government seeks to stay the proceedings in this case duration of the current lapse of appropriations. Such a stay is within the Court's discretion. Many attorneys and other staff important to working on this case will be unavailable during the court of the lapse of appropriations and the United States is unable to confer with agency counterparts to prepare an answer or dispositive motion in this matter. For these reasons, the Court finds good cause to stay the above captioned proceeding.

Accordingly, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that the

[~~PROPOSED~~ ORDER] GRANTING STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS
[Case No. 3:25-cv-05827-TMC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

parties to confer within ten court days after the restoration of funding to determine whether either party believes an extension of the existing deadlines is required. Should the parties agree an extension is needed, they must submit a proposed order extending deadlines for the Court's consideration. If the parties disagree, they should submit a joint status report in which each party sets forth their position. If the parties agree no extension of the deadlines is needed, the deadlines will remain the same and the parties will not need to take any additional action with respect to the stay.

DATED this 27th day of October, 2025.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

CHARLES NEIL FLOYD
United States Attorney

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: alixandria.morris@usdoj.gov

*Attorneys for United States of America*

[PROPOSED ORDER] GRANTING STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS
[Case No. 3:25-cv-05827-TMC] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970